UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 18-cv-3268 (WMW/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Joseph H. Yennie, Sheila A. Yennie, Nick J. Novak, Abraham Algadi, Paul Perry, Grant Friese, Jay Strande, Dean Weis, Jayne Krause, Peoples State Bank of Plainview, and City of Pine Island, | |
| Defendants. | |

---

On February 15, 2022, the Court granted Plaintiff United States of America's motion for a default judgment against certain defendants who had not appeared in this matter. (Dkt. 145.) The United States now seeks the entry of a separate judgment against the defaulted defendants. (Dkt. 207.)

"When multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." Fed. R. Civ. P. 54(b). The United States asks that a separate judgment be entered against the defaulted defendants to simplify the sale of the property at issue in this matter. Finding no just reason for delay, the Court will enter the judgment the United States seeks.

Based on the foregoing and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff United States of America's Motion for Default

Judgment, (Dkt. 207), is **GRANTED** and default judgment is entered as to Defendants Abraham Algadi, Grant Friese, Jayne Krause, Paul Perry, City of Pine Island, Jay Strande, and Dean Weis.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 31, 2023

s/Wilhelmina M. Wright<br>Wilhelmina M. Wright<br>United States District Judge